UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21156-CIV-ALTONAGA/Brown

**HERNAN M. SAUCEDO**, *et al.*,

    Plaintiffs,
vs.

**PHOENIX AUTO SALES, Inc.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion for Summary Judgment ("Motion") [ECF No. 76] of Defendants, Phoenix Auto Sales, Inc. and Robert Norris ("Defendants"), filed on October 2, 2010. Pursuant to Local Rule 7.5(a), a motion for summary judgment must be accompanied by a "concise statement of the material facts." Additionally, Local Rule 7.5(c) requires these statements "[c]onsist of separately numbered paragraphs." Defendants' Motion fails to conform to the Local Rules because the paragraphs in the statement of material facts are not consecutively numbered. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment **[ECF No. 76]** is **DENIED**. Defendants have until October 6, 2010 to file a corrected motion for summary judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of October, 2010.

                                                                    _____
                                                                    **CECILIA M. ALTONAGA**
                                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record